SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>         Plaintiff,<br><br>    vs.<br><br>Delphi Corporation et al<br><br>         Defendants | Case No. **2:09-cv-01155-WBS-GGH**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL SEPTEMBER 4, 2009 FOR DEFENDANTS DELPHI CORPORATION; VINCENT J. MAITA TO RESPOND TO COMPLAINT |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Delphi Corporation; Vincent J. Maita, by and through their respective attorneys of record, Scott N. Johnson; John Rochelle, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendants Delphi Corporation; Vincent J. Maita until July 6, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Delphi Corporation; Vincent J. Maita are granted an extension until September 4, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Delphi Corporation; Vincent J. Maita response will be due no later than September 4, 2009.

IT IS SO STIPULATED effective as of August 13, 2009

Dated:  August 13, 2009          /s/John Rochelle_____
                                 John Rochelle,
                                 Attorney for Defendants
                                 Delphi Corporation;
                                 Vincent J. Maita

Dated:  August 13, 2009          /s/Scott N. Johnson ____
                                 Scott N. Johnson,
                                 Attorney for Plaintiff

1   **IT IS SO ORDERED:** that Defendants Delphi Corporation;
2   Vincent J. Maita shall have until September 4, 2009 to
3   respond to complaint.
4
5   Dated: August 14, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE